

IN THE

TENTH COURT OF APPEALS

––––––––––––

No. 10-16-00221-CR

IN RE WILLIAM ARTHUR MCINTOSH

––––––––––––

Original Proceeding

MEMORANDUM OPINION

William Arthur McIntosh's Petition for Writ of Mandamus filed on June 28, 2016

is denied.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
     (Justice Davis dissents without an opinion)
Petition denied
Opinion delivered and filed July 20, 2016
Do not publish
[OT06]

